IN THE SUPERIOR COURT FOR DISTRICT OF COLUMBIA,
CIVIL DIVISION

| | |
|---|---|
| AGNES HEARD<br>853 21st Street, #11<br>Washington, D.C. 20002<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>WOLF PROFESSIONAL SECURITY, INC.<br>10451 Mill Run Circle<br>Owings Mills, MD 21117<br><br>and<br><br>NEW ALBERTSON'S, INC.<br>250 E Parkcenter Boulevard<br>Boise, ID  83706<br>　　Serve On Resident Agent:<br>　　C T Corporation System<br>　　1015 15th Street, SW, Suite 1000<br>　　Washington, D.C. 20005<br><br>　　　　　Defendants. | *<br>*<br>*<br>*  Case No.:<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## COMPLAINT

COMES NOW Plaintiff, Agnes Heard, by and through her attorneys, Seann P. Malloy and Malloy Law Offices, LLC, and brings forth this lawsuit, and in support thereof states as follows:

### PARTIES

1. Plaintiff is an adult resident of the District of Columbia.

2. Upon information and belief, Defendant Wolf Professional Security, Inc. operates and does business in this jurisdiction and provided security services for the Safeway Store located at 1601 Maryland Avenue NE, Washington, DC 20002 (hereinafter "Safeway") at all times relevant

1

hereto.

3. Upon information and belief, Defendant New Albertson's, Inc. operates and does business in this jurisdiction and owned the said Safeway at all times relevant hereto.

## JURISDICTION AND VENUE

4. Jurisdiction is vested in this Court pursuant to D.C. Code §11-921 (1981 edition).

## COUNT I (Negligence)

5. Paragraphs 1 – 4 (one through four) are incorporated by reference as if fully restated herein.

6. On January 7, 2019, as Plaintiff was entering the Safeway, she was pushed down and trampled on by a security guard. The said security guard was in pursuit of a fleeing shoplifter.

7. The said security guard was an agent, contractor, and/or employee of Defendants.

8. At all times material hereto, Defendants owed duties including but not limited to:

   (a) Using reasonable care in while in pursuit of shoplifters;

   (b) Using reasonable care in handling emergency situations;

   (c) Maintaining a safe environment for invitees of Safeway;

   (d) Hiring competent and capable agents, servants and/or employees who could properly and prudently maintain the safety of the premises;

   (e) Training competent and capable agents, servants and/or employees who could properly and prudently maintain the safety of the premises at all times material hereto; and,

   (f) Not creating an unnecessary risk of danger to Plaintiff.

9. The injuries and damages stated herein were caused by and were the direct and proximate result of the negligence, willfulness and wantonness of Defendants, generally and in the

2

following particulars

(a) In failing to use reasonable care while in pursuit of shoplifters;

(b) In failing to use reasonable care in handling emergency situations;

(c) In failing to maintain a safe environment for invitees of the Safeway;

(d) In failing to hire competent and capable agents, servants and/or employees who could properly and prudently maintain the safety of the Safeway;

(e) In failing to train competent and capable agents, servants and/or employees who could properly and prudently maintain the safety of the Safeway at all times material hereto; and,

(f) In creating an unnecessary risk of danger to Plaintiff.

10. As a direct and proximate result of the aforesaid negligence, Plaintiff was caused to fall and sustained injury to all parts of her body, suffered and will suffer great pain of body and mind, and incurred and will incur medical and out-of-pocket expenses, as well as missed wages.

WHEREFORE, the premises considered, Plaintiff demands judgment against the Defendants, jointly and severally, in the amount of $150,000.00 (ONE HUNDRED FIFTY THOUSAND DOLLARS), pre-judgment and post-judgment interest and costs of this suit.

Respectfully submitted,

/s/ Seann P. Malloy
Seann P. Malloy, Esq. (D.C. Bar #490343)
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, Maryland 20814
p/ 202-464-0727
f/ 888-607-8691
Seann@malloy-law.com
*Attorney for Plaintiff*

## JURY DEMAND

Plaintiffs demand trial by jury on all issues so triable.

Respectfully submitted,

/s/ Seann P. Malloy
Seann P. Malloy, Esq. (D.C. Bar #490343)